STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT


03-777 consolidated with 03-774, 03-775, & 03-776


AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY

VERSUS

CHARLES THIELS, ET AL.


**********
APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 210,027 C/W 208,655; 209,772; & 209,915
HONORABLE HARRY FRED RANDOW, DISTRICT COURT JUDGE

**********
ULYSSES GENE THIBODEAUX
JUDGE
**********

Court composed of Ulysses Gene Thibodeaux, Oswald A. Decuir, and Jimmie C. Peters, Judges.


AFFIRMED.


Kenneth Pitre
PITRE LAW OFFICE
P. O. Drawer 1260
Eunice, LA 70535
Telephone: (337) 457-9048
COUNSEL FOR:
     Appellant - Deborah Banks

Henry Gregory Walker, Jr.
Walker, Passman & Michiels
P. O. Box 13020
Alexandria, LA 71315-3020
Telephone: (318) 445-4516
COUNSEL FOR:
     Plaintiffs/Appellees - Charles Thiels, Ralph Thiels, Harvey Thiels,
     Darrell Thiels, and Janel Thiels Gains
James Berry Reichman

**Reichman & Armour**
**P. O. Box 210**
**Alexandria, LA 71309**
**Telephone: (318) 442-6611**
**COUNSEL FOR:**
    **Defendant/Appellee - State Farm Mutual Auto Insurance Co.**

**Monique Freeman Rauls**
**Assistant Attorney General**
**P. O. Box 1710**
**Alexandria, LA 71309-1710**
**Telephone: (318) 487-5944**
**COUNSEL FOR:**
    **Defendant/Appellee - State of Louisiana, Through DOTD**

**Shannon James Gremillion**
**Briney & Foret**
**P. O. Drawer 51367**
**Lafayette, LA 70505-1367**
**Telephone: (337) 237-4070**
**COUNSEL FOR:**
    **Defendants/Appellees - American International South Insurance**
    **Company and Michael S. Thibodeaux**

THIBODEAUX, Judge.

For the reasons discussed in the consolidated case of *Charles Thiels, et al. v. American International South Insurance Co., et al.,* 03-774 (La.App. 3 Cir. ____/03), ____ So.2d ____, the judgment of the trial court is affirmed. Costs of the appeal are assessed to Deborah D. Banks.

**AFFIRMED.**

1